PROB 34          **Report and Order Terminating Supervised Release**

(Rev. 7/10)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MONTANA
Bah

UNITED STATES OF AMERICA

v.                    }     Crim. Nos. 4:13CR00039-01
                                                  4:13CR00082-01
                                                  4:13CR00098-01

TONY JAMES BELCOURT

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on ___March 11, 2021___, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

*[signature]*

Jessica Heim
United States Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated. This does not apply to sex and/or violent offender registration.

Dated this ___11th___ day of ___March___, 2021.

*[signature]*

Brian Morris, Chief District Judge